IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00301-BNB

MICHAEL REYNOLDS,

Applicant,

v.

STATE OF COLORADO,

Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 15 2008

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING APPLICANT TO FILE AMENDED PLEADING

---

Applicant, Michael Reynolds, is a prisoner in the custody of the Colorado Department of Corrections at the Huerfano County Correctional Center at Walsenburg, Colorado. Mr. Reynolds has filed *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging the validity of his state court conviction and sentence. The court must construe the application liberally because Mr. Reynolds is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be an advocate for a *pro se* litigant. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Reynolds will be ordered to file an amended pleading.

The court has reviewed the application and finds that it is deficient. First, the application must be asserted pursuant to 28 U.S.C. § 2254 because Mr. Reynolds is challenging the validity of his state court conviction and sentence and not the execution of his sentence. In addition, because Mr. Reynolds has not used the proper form for a

habeas corpus application pursuant to § 2254, the court lacks the necessary information to determine whether the application is timely filed and whether Mr. Reynolds has exhausted state court remedies. Therefore, Mr. Reynolds will be directed to file an amended pleading on the proper form and to provide all of the requested information regarding the postconviction motions he has filed. Accordingly, it is

ORDERED that Mr. Reynolds file **within thirty (30) days from the date of this order** an amended pleading that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Reynolds, together with a copy of this order, two copies of the following form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. It is

FURTHER ORDERED that if Mr. Reynolds fails within the time allowed to file an amended pleading as directed, the application will be denied and the action will be dismissed without further notice.

DATED February 15, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00301-BNB

Michael Reynolds
Doc# 124312
Huerfano County Corr. Center
304 Ray Sandoval Street
Walsenburg, CO 81089

    I hereby certify that I have **mailed two copies of this ORDER** to the above-named individuals on 2/15/08

GREGORY C. LANGHAM, CLERK

By: Angie
    Deputy Clerk