IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00301-BNB

MICHAEL REYNOLDS,

    Applicant,

v.

STATE OF COLORADO,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
COLORADO

MAR - 7 2008

GREGORY C. LANGHAM
CLERK

---

ORDER TO TRANSFER APPLICATION TO COURT OF APPEALS

---

Applicant Michael Reynolds is a prisoner in the custody of the Colorado Department of Corrections at the Huerfano County Correctional Center at Walsenburg, Colorado. Mr. Reynolds initiated this action by filing *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging the validity of his state court conviction and sentence. On February 15, 2008, Magistrate Judge Boyd N. Boland ordered Mr. Reynolds to file an amended habeas corpus application pursuant to 28 U.S.C. § 2254 because Mr. Reynolds is challenging the validity of his conviction rather than the execution of his sentence. On February 29, 2008, Mr. Reynolds filed an amended application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. For the reasons stated below, the application will be transferred to the United States Court of Appeals for the Tenth Circuit.

Mr. Reynolds previously has sought habeas corpus relief in this Court pursuant to 28 U.S.C. § 2254. *See Reynolds v. State of Colorado*, No. 07-cv-01321-ZLW (D.

Colo. Aug. 23, 2007). In 07-cv-01321-ZLW, Mr. Reynolds challenged the validity of his state court conviction in Mesa County District Court case number 02-CR-1181, the same state court conviction he is challenging in this action. Mr. Reynolds also raised in 07-cv-01321-ZLW the same claims that he is raising in this action. The habeas corpus application in 07-cv-01321-ZLW was denied as barred by the one-year limitation period in 28 U.S.C. § 2244(d). Therefore, the instant application is a second or successive application.

Pursuant to 28 U.S.C. § 2244(b)(3), Mr. Reynolds must apply to the United States Court of Appeals for the Tenth Circuit for an order authorizing this Court to consider his second or successive application. Mr. Reynolds does not allege that he has obtained the necessary authorization from the Tenth Circuit. Therefore, the Court must transfer this action to the Tenth Circuit pursuant to 28 U.S.C. § 1631. *See Coleman v. United States*, 106 F.3d 339, 341 (10th Cir. 1997) (per curiam). Accordingly, it is

ORDERED that the clerk of this Court transfer the instant action to the United States Court of Appeals for the Tenth Circuit pursuant to 28 U.S.C. § 1631.

DATED at Denver, Colorado, this 6 day of March, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00301-BNB

Michael Reynolds
Doc# 124312
Huerfano County Corr. Center
304 Ray Sandoval Street
Walsenburg, CO 81089

I hereby certify that I have a copy of this **ORDER** to the above-named individuals on 3/7/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk